```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22130
   PAUL D MONTGOMERY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8567


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/03/2005 and was confirmed 08/04/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.63% from remaining funds.

      The case was paid in full 06/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY          4243.42            .00         4243.42
AMERICAN EXPRESS TRAVEL    UNSECURED         9855.36            .00         2427.08
AMERICAN EXPRESS TRAVEL    UNSECURED          763.01            .00          187.91
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED           .00             .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         11171.16           .00         2751.12
ASSET ACCEPTANCE CORP      UNSECURED          1389.82           .00          342.27
CAPITAL ONE BANK           UNSECURED        NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED OTH     3317.33            .00          816.89
ASSET ACCEPTANCE CORP      NOTICE ONLY      NOT FILED           .00             .00
CITIBANK                   UNSECURED        NOT FILED           .00             .00
TRUE LOGIC FINANCIAL COR   NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         7748.90            .00         1908.32
MBNA AMERICA               UNSECURED        NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         2394.79            .00          589.76
ASSET ACCEPTANCE CORP      NOTICE ONLY      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED        25406.50            .00         6256.86
CAVALRY PORTFOLIO SERVIC   NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE LLC       NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE LLC       NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE LLC       NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      NOTICE ONLY      NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      NOTICE ONLY      NOT FILED           .00             .00
STUART B HANDELMAN         DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                         1,176.37
DEBTOR REFUND              REFUND                                            100.00


         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 20,800.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 22130 PAUL D MONTGOMERY
```

```
PRIORITY                                                4,243.42
SECURED                                                      .00
UNSECURED                                              15,280.21
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                    1,176.37
DEBTOR REFUND                                             100.00
                                   ---------------   ---------------
TOTALS                                 20,800.00         20,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 09/25/08                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE